UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASTOR MADERO PENA, | No. C 09-1583 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| D. K. SISTO, warden, | |
| Respondent. | |

The petition for writ of habeas corpus is dismissed because it was not filed within the time permitted by the habeas statute of limitations.

IT IS SO ORDERED AND ADJUDGED.

DATED: January 11, 2010

_____
SUSAN ILLSTON
United States District Judge