UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASTOR MADERO PENA,<br><br>    Petitioner,<br><br>  v.<br><br>D. K. SISTO, warden,<br><br>    Respondent.<br>_____ / | No. C 09-1583 SI (pr)<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

Petitioner has filed a motion for issuance of certificate of appealability following the dismissal of his habeas petition as untimely. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). The motion for a certificate of appealability is DENIED because petitioner has not demonstrated that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

The clerk shall forward to the court of appeals the case file with this order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

IT IS SO ORDERED.

DATED: February 2, 2010

                                            _____
                                            SUSAN ILLSTON
                                            United States District Judge