**United States District Court**
For the Northern District of California

1

2

3

4

5                                  UNITED STATES DISTRICT COURT

6                                NORTHERN DISTRICT OF CALIFORNIA

7

8 | PASTOR MADERO PENA,                            No. C 09-1583 SI (pr)

9 |                Petitioner,                     **ORDER DENYING CERTIFICATE OF APPEALABILITY**

10 |        v.

11 | D. K. SISTO, warden,

12 |                Respondent.
                                              /
13

14       Petitioner has filed a motion for issuance of certificate of appealability following the

15  dismissal of his habeas petition as untimely.  See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

16  The motion for a certificate of appealability is DENIED because petitioner has not demonstrated

17  that "jurists of reason would find it debatable whether the petition states a valid claim of the

18  denial of a constitutional right and that jurists of reason would find it debatable whether the

19  district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

20       The clerk shall forward to the court of appeals the case file with this order. See United

21  States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

22       IT IS SO ORDERED.

23  DATED: February 2, 2010                    _____
                                                  SUSAN ILLSTON
24                                                United States District Judge

25

26

27

28