UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PASTOR M. PENA,

    Plaintiff,

v.

D.K. SISTO et al,

    Defendant.

Case Number: CV09-01583 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 4, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pastor Madero Pena V-54533
CALIFORNIA STATE PRISON, SOLANO (SOL-2)
P.O. BOX 4000
2100 PEABODY ROAD
VACAVILLE, CA 95696-4000

Dated: February 4, 2010

Richard W. Wieking, Clerk
By: Tracy Forakis, Deputy Clerk